**Order issued September 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01170-CR
_____

## CLIFFORD EARL BOOKER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **GRANT** the May 31, 2015 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Clifford Earl Booker, TDCJ No. 1956950, Estelle Unit, 264 FM 47, Huntsville, Texas, 77320.

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE